1    Gina Fazio, Esq. #225178
     Law Offices of Jeffrey Milam
2    P.O. Box 26360
     Fresno, California 93729
3    (559) 264-2800

4    Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10   SARAH ALMARAZ              )
                                )    Civil Action No. CV-F-1:04-CV-6709 AWI DLB
11                              )
            Plaintiff,          )    STIPULATION AND ORDER
12                              )
     vs.                        )
13                              )
     JO ANNE B. BARNHART,       )
14   Commissioner of Social     )
     Security,                  )
15                              )
            Defendant.          )
16   _____ )

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19   appellant be granted a 14 day extension of time, until August 3, 2005, in which to file and

20   serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,

21   December 15, 2004, shall proceed under the time limit guidelines set therein.

22   / /

23   / /

24   / /

25   / /

26   / /

27

28

1 | Dated:  July 20, 2005                              /s/ Gina Fazio

2 |                                                    GINA FAZIO,
   |                                                    Attorney for Plaintiff.
3 |
   | Dated: July 25, 2005
4 |                                                    MCGREGOR SCOTT
   |                                                    United States Attorney
5 |
   |                                                    By: /s/ Kimberly A. Gaab
6 |                                                    (as authorized via facsimile)
   |                                                    KIMBERLY A. GAAB
7 |                                                    Assistant U.S. Attorney

8 |

9 |
   | IT IS SO ORDERED.
10 |
   | **Dated:    July 25, 2005   **                      **_____/s/ Dennis L. Beck_____**
11 | 3c0hj8                                             UNITED STATES MAGISTRATE JUDGE

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |