1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
   SARAH ALMARAZ,                  )   1:04-cv-6709 AWI DLB
10                                 )
             Plaintiff,            )   STIPULATION AND ORDER
11                                 )   TO EXTEND TIME
                                   )
12         v.                      )
                                   )
13 JO ANNE B. BARNHART,            )
   Commissioner of Social          )
   Security,                       )
14                                 )
             Defendant.            )
15 _____  )

16
        The parties, through their respective counsel, stipulate
17
   that defendant's time to respond to plaintiff's opening brief be
18
   extended from September 6, 2005 to October 5, 2005.
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
                                  1

This is defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: September 1, 2005      /s/ Gina M. Fazio
                                      (as authorized by facsimile)
                                      GINA M. FAZIO
                                      Attorney for Plaintiff

Dated: September 1, 2005      McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB
                                      Assistant U.S. Attorney

    **IT IS SO ORDERED.**

    **Dated:  September 1, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE